BLANK ROME LLP
Attorneys for Plaintiff,
FRISOL BUNKERING (H.K.) LTD.,
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRISOL BUNKERING (H.K.) LTD.,

    Plaintiff,

-against-

CENTRAL OIL CO, LTD.,

    Defendant.

---

08 Civ.

**08 CIV 4994**

Rule 7.1 Statement



Judge McMahon

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff, FRISOL BUNKERING (H.K.) LTD. ("Plaintiff"), certifies that, according to information provided to counsel by its client, Plaintiff is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
             May 30, 2008

BLANK ROME LLP
Attorneys for Plaintiff

By   _____
    LeRoy Lambert (LL 3519)
    The Chrysler Building
    405 Lexington Avenue
    New York, NY 10174-0208
    Tel.: (212) 885-5000