UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRISOL BUNKERING (H.K.) LTD.,

            Plaintiff,

-against-

CENTRAL OIL CO., LTD.,

           Defendant.

08 Civ. 4994 (CM)(DFE)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

### ORDER DIRECTING UBS AG TO PAY
### ATTACHED FUNDS INTO THE REGISTRY OF THE DISTRICT COURT

UBS AG ("UBS"), a garnishee of assets of defendant Central Oil Co., Ltd., pursuant to a maritime writ of attachment issued in the above-captioned maritime action, having applied for an order directing UBS to pay the funds attached in the amount of $152,688.32 (the "Attached Funds") into the registry of the Court, and good cause having been shown for such an order,

**IT IS HEREBY ORDERED** that, pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, UBS shall pay the Attached Funds into the registry of the Court, and UBS shall have discharged its obligations as garnishee in this action upon making such payment of the Attached Funds into the registry of the Court.

DONE this 17 day of July, 2008

_____
Hon. Colleen McMahon
United States District Judge