# BLANK ROME LLP
### COUNSELORS AT LAW

Phone: (212) 885-5148
Fax: (917) 332-3030
Email: LLambert@BlankRome.com

July 9, 2008

**BY FAX (212) 805-6326**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08
```

**MEMO ENDORSED**

Re: Frisol Bunkering (H.K.) Ltd., v. Central Oil Co. Ltd.
    08 Civ. 4994 (CM)
    Our Ref. No. 600079-00601

Dear Judge McMahon:

We represent plaintiff Frisol Bunkering (H.K.) Ltd. and refer to your Order dated June 4, 2008, Scheduling an Initial Pretrial Conference. This action is a by now familiar "Rule B" action. Plaintiff seeks to attach $463,671.87. The merits of the underlying dispute will be resolved by arbitration in Hong Kong. To date, we have attached the amount of $42,054 and given Defendant (in Seoul, Korea) notice of the attachment pursuant to Local Rule B.2. We are continuing daily service in the hope of fully securing Plaintiff's claim. We have not been contacted by Defendant or by any attorney on its behalf.

We respectfully request that the Court dispense with its usual pretrial order and procedures and direct instead that Plaintiff provide a further status report on or before August 29, 2008.

We are of course at the Court's disposal to address any questions or concern the Court may have and otherwise thank the Court in advance for its consideration and action upon this request.

Very truly yours,

LeRoy Lambert

7/9/08
OK

LRL/cn

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

600079.00601/6652506v.1

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong