UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRISOL BUNKERING (H.K.) LTD.,

**Plaintiff**

-v-

CENTRAL OIL CO, LTD.,

**Defendant**

Case No.  08 Civ. 4994 (CM)

**Rule 7.1 Statement**

　　　　　Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>CENTRAL OIL CO, LTD.,</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

　　　NONE.

**Date:** AUGUST 11, 2008

**Signature of Attorney**
Patrick C. Crilley
**Attorney Bar Code:** PC 9057

233 Broadway - Suite 2202
New York, NY 10279
(212) 619-1919

Form Rule7_1.pdf