UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FRISOL BUNKERING (H.K.) LTD.,

        Plaintiff,

        -against-

CENTRAL OIL CO, LTD.,

        Defendant.
------------------------------------------------------------x

ECF CASE

08 Civ. 4994 (CM)

NOTICE OF
APPEARANCE

To the Clerk of this court and all parties of record:

    Enter our limited appearance in accordance with Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure as counsel in this case for the above captioned defendant.

    I certify that I am admitted to practice in this Court.

Dated: August 11, 2008
       New York, NY

Respectfully submitted,

Patrick C. Crilley (PC 9057)
Of Counsel to
Richard A. Zimmerman (RZ 0963)
Attorney for All Defendants
233 Broadway – Suite 2202
New York, NY 10279
(212) 619-1919