*Return to Cashiers ~~int. bearing~~ acct — Non-int. bearing*

BLANK ROME LLP
Attorneys for Plaintiff
FRISOL BUNKERING (H.K.) LTD.
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRISOL BUNKERING (H.K.) LTD.,

    Plaintiff,

-against-

CENTRAL OIL CO., LTD.,

    Defendant.

---

08 Civ. 4994 (CM)

**STIPULATION**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08

The parties, through their undersigned counsel, hereby stipulate that the funds transferred into the Registry of the Court on or about July 28, 2008, pursuant to the Court's order of May 30, 2008 together with any interest accrued thereon, shall be transferred to "Blank Rome LLP as attorneys for Plaintiff" as soon as practicable.

BLANK ROME LLP
Attorneys for Plaintiff

By _____
LeRoy Lambert (LL-3519)
405 Lexington Ave.
New York, NY 10174
Phone: (212) 885-5000
Fax: (212) 885-5001 E-mail:
llambert@blankrome.com

Law Firm of Richard A. Zimmerman
Attorneys for Defendant

By _____ 08/11/08
Richard A. Zimmerman (RZ 0963)
233 Broadway, Suite 2202
New York NY 10279
Phone: (212) 962-1818
Fax: (240) 218-6456
E-mail: zimmny@attglobal.net

SO ORDERED:

_____
U.S.D.J.

6660386-1